UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Raquel Spinoso and Juan Luna, § § § § | |
| Plaintiffs, § | |
| v. § § § § § | Civil Action H-19-3941 |
| PHH Mortgage, et al. § | |
| Defendants. § | |

**Final Judgment**

In accordance with the memorandum opinion and order issued by this court on July 17, 2020 (Dkt. 10), plaintiffs Raquel Spinoso and Juan Luna's claims against defendants PHH Mortgage Services and GMAC Mortgage LLC (collectively, "Defendants") are hereby DISMISSED WITH PREJUDICE.[1]  Judgment is ENTERED in favor of Defendants.

This is a FINAL JUDGMENT.

Signed at Houston, Texas on August 12, 2020.

_____
Gray H. Miller
Senior United States District Judge

---

[1] The court initially dismissed the plaintiffs' claims without prejudice and gave them an opportunity to amend. *See* Dkt. 10. It advised that if the plaintiffs failed to amend it the allotted time, it would dismiss the claims with prejudice and enter final judgment in the defendants' favor. *See id.*